# Court of Appeals
# of the State of Georgia

ATLANTA,  November 16, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0377. SPENCER GRADY v. THE STATE.**

In 2010, Spencer Grady was convicted of armed robbery, aggravated assault, and possession of a firearm during the commission of a felony. In 2020, he filed a pro se motion to vacate the allegedly void judgment. On February 23, 2021, the trial court entered an order dismissing the motion. On April 13, 2021, Grady filed a notice of appeal. The State has filed a motion to dismiss, contending that we lack jurisdiction because the appeal is untimely. We agree.

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Grady's notice of appeal was filed 49 days after entry of the trial court's order. Accordingly, the State's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,  11/16/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , *Clerk.*